JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
 *MHale@GGTrialLaw.com*
 *MBurnette@GGTrialLaw.com*

Attorneys for Plaintiff
Jeffrey Jefferson

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY JEFFERSON, an individual, | Case No.: |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| v. | **(1)  TORTIOUS DISCHARGE;** |
| AMAZON.COM SERVICES LLC, a Delaware limited liability company, | **(2)  DISCRIMINATION (N.R.S. § 613.330);** |
| Defendant. | **(3)  DISCRIMINATION (42 U.S.C. § 12112 *et seq.*);** |
| | **(4)  RETALIATION (N.R.S. § 613.340);** |
| | **(5)  RETALIATION (42 U.S.C. § 12203 *et seq.*);** |
| | **(6)  FAILURE TO PROVIDE REASONABLE ACCOMMODATION (N.R.S. § 613.330);** |
| | **(7)  FAILURE TO PROVIDE REASONABLE ACCOMMODATION (42 U.S.C. § 12112(b)(5)(A));** |
| | **(8)  FMLA INTERFERENCE.** |
| | **DEMAND FOR JURY TRIAL** |

-1-
COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

Plaintiff Jeffrey Jefferson ("Plaintiff" or "Mr. Jefferson") alleges as follows:

**JURISDICTION AND VENUE**

2.     This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331. Plaintiff's claims for damages arise, in part, under 29 CFR § 825.220, 42 U.S.C. § 12112 *et seq.*, and 42 U.S.C. § 12203 *et seq.*

3.     The Court has supplemental jurisdiction over the remaining state statutory claims pursuant to 28 U.S.C. § 1367, given that all the claims are so related that they form part of the same case or controversy under Article III of the United States Constitution.

4.     Venue is proper in the District of Nevada pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to each of Plaintiff's claims occurred in Clark County, Nevada.

**NATURE OF THE ACTION**

5.     This action arises from Amazon's unlawful discrimination and retaliation against Mr. Jefferson, who began working as a Fulfillment Associate at its North Las Vegas facility around May 2020. After suffering a work-related umbilical hernia on January 30, 2025, Mr. Jefferson filed a workers' compensation claim, underwent surgery, and was placed on medically required restrictions, later receiving clearance to return on modified duty on June 20, 2025. Rather than accommodate those restrictions, Amazon refused to accept his physician's clearance, demanded a full release, and forced him to remain on leave. On or about July 14, 2025, while he remained on disability leave stemming from his workplace injury, Amazon terminated his employment on false and pretextual grounds in discrimination and retaliation for his protected activity.

**PARTIES**

6.     Plaintiff is and was at all relevant times herein, a resident of Clark County, Nevada.

7.     Defendant Amazon.com Services LLC ("Amazon") is a Delaware limited liability company that conducts business in Clark County.

**FACTUAL ALLEGATIONS**

8.     In or around May of 2020, Mr. Jefferson began working as a Fulfillment Associate at Amazon's North Las Vegas fulfillment center.

-2-

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

9. On or about January 30, 2025, Mr. Jefferson suffered a serious work-related injury — an umbilical hernia — while performing his job duties, for which he timely filed a workers' compensation claim with Amazon's insurer.

10. To treat his umbilical hernia, Mr. Jefferson underwent surgery on or about March 21, 2025, and was placed on medically-required work restrictions during his recovery.

11. On or about June 20, 2025, Mr. Jefferson's treating physician cleared him to return to work on modified duty. Rather than permitting Mr. Jefferson's return, Amazon refused to accept his physician's clearance, demanded full medical release, and forced him to remain on leave.

12. On or about July 14, 2025, after more than six years of service, Amazon terminated Mr. Jefferson's employment on a false and pretextual basis while he remained on disability leave stemming directly from his workplace injury.

13. In reality, Amazon wrongfully terminated Mr. Jefferson in discrimination based on his disability and in retaliation for his protected activity, including his filing of a workers' compensation claim and his requests for reasonable accommodation.

14. *Summary of Plaintiff's Protected Statuses and Activity*: During his employment with Amazon, Mr. Jefferson suffered from a physical disability in the form of an umbilical hernia and related post-surgical condition, for which he initially had lifting restrictions. His protected activities include filing a workers' compensation claim, requesting reasonable accommodation for his disability, and taking medical leave to treat his disability.

15. On March 5, 2026, Plaintiff timely dual filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") and the Nevada Equal Rights Commission ("NERC"). On March 5, 2026, the EEOC closed Plaintiff's case without making findings and issued him an immediate right to sue notice. Plaintiff timely filed the instant lawsuit within 90 days of the right to sue notice.

16. *Punitive damages*: Plaintiff is entitled to punitive damages. (42 U.S.C. § 1981a(b); Nevada Revised Statute ("N.R.S.") 42.001, 42.007.)

17. *Reckless Indifference and Conscious Disregard*: Defendant Amazon.com Services LLC knew of the probable economic harm and emotional distress that would ensue as a result of the

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

wrongful conduct perpetrated. Yet Defendant Amazon.com Services LLC willfully and deliberately caused the wrongful conduct, both through its actions and inactions.

18.    *Malice*: The conduct of Defendant Amazon.com Services LLC was committed with malice, including that (a) Defendant Amazon.com Services LLC acted with intent to cause injury to Plaintiff and/or acted with reckless disregard for Plaintiff's injury, including by terminating Plaintiff's employment and/or taking other adverse job actions against Plaintiff because of their good faith complaints, and/or (b) the conduct of Defendant Amazon.com Services LLC was despicable and committed in willful and conscious disregard of Plaintiff's rights to work in a workplace free of unlawful harassment, or the economic and emotional distress such harassment and discrimination would cause.

19.    *Oppression:* In addition, and/or alternatively, The conduct of Defendant was committed with oppression, including that the actions of Defendant Amazon.com Services LLC against Plaintiff were cruel and subjected him to unjust hardship and with conscious disregard of Plaintiff's rights to work in a workplace free of unlawful harassment, or the economic and emotional distress such harassment and discrimination would cause.

20.    *Fraud:* In addition, and/or alternatively, the conduct of Defendant Amazon.com Services LLC, as alleged, was fraudulent, including that Defendant Amazon.com Services LLC asserted false and pretextual grounds for terminating Plaintiff's employment and/or other adverse job actions, thereby causing Plaintiff hardship and deprive him of legal rights or otherwise injure Plaintiff.

21.    Further, Defendant Amazon.com Services LLC is liable for the wrongful acts of its employees, including its supervisory personnel, because Defendant Amazon.com Services LLC had advance knowledge that these employees were unfit for the purposes of the employment and yet employed these employees with a conscious disregard for the rights or safety of others. (42 U.S.C. § 2000e(b); N.R.S. 42.007.)

/ / /

/ / /

/ / /

-4-
COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

## FIRST CLAIM FOR RELIEF

### Tortious Discharge

### (Plaintiff Jeffrey Jefferson against Defendant Amazon.com Services LLC)

22.    The allegations set forth in preceding paragraphs are re-alleged and incorporated herein by reference.

23.    Plaintiff was employed by Defendant Amazon.com Services LLC.

24.    Plaintiff suffered a workplace injury and informed Defendant Amazon.com Services LLC of the same, triggering an obligation to file a workers' compensation claim on Plaintiff's behalf.

25.    Defendant Amazon.com Services LLC had actual or constructive knowledge of Plaintiff's actions.

26.    The decision of Defendant Amazon.com Services LLC to discharge plaintiff was proximately caused by Plaintiff's actions and was in derogation of the public policy of the State of Nevada.

27.    Due to this action, it has been necessary for Plaintiff to expend court costs to pursue this claim. As such, Plaintiff is entitled to recover costs pursuant to N.R.S. § 18.020.

28.    The acts of Defendant Amazon.com Services LLC alleged herein were undertaken with malice, with intent to injure Plaintiff, or with reckless indifference or conscious disregard of his rights, and constitute oppressive, fraudulent, and malicious conduct, undertaken with knowing disregard for Plaintiff's rights or the inevitable resulting harm. As a result, Plaintiff is entitled to an award of punitive and exemplary damages in an amount sufficient to punish Defendant Amazon.com Services LLC, and to make an example of and deter Defendant Amazon.com Services LLC from engaging in such conduct in the future.

/ / /

/ / /

/ / /

/ / /

/ / /

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

## **SECOND CLAIM FOR RELIEF**

**Workplace Discrimination in Violation of N.R.S. § 613.330**

**(Plaintiff Jeffrey Jefferson against Defendant Amazon.com Services LLC)**

29.     The allegations set forth in preceding paragraphs are re-alleged and incorporated herein by reference.

30.     Plaintiff was employed by Defendant Amazon.com Services LLC, as defined by N.R.S. § 613.310, and thus is prohibited from discriminating against any person with respect to the person's compensation, terms, conditions, or privileges of employment on the basis of any protected status as set forth in N.R.S. § 613 *et seq.* Further, employers must provide a workplace free of discrimination on the basis of these protected statuses.

31.     The acts and omissions of Defendant Amazon.com Services LLC, as more fully set forth herein, constituted discrimination within the meaning of N.R.S. § 613.330.

32.     Plaintiff is within the class of persons that N.R.S. § 613.330 intends to protect and termination of employment on the basis of discrimination is the type of injury prohibited by N.R.S. § 613.330.

33.     Plaintiff charges that Defendant Amazon.com Services LLC discriminated against the Plaintiff based on his protected status or statuses.

34.     As a direct and proximate result of the violations and conduct described herein, Plaintiff was subjected to unlawful discrimination, loss of his employment, and loss of income and benefits. In addition, Plaintiff has suffered physical and mental injury, and will continue to suffer great financial, mental and emotional injury, pain and distress.

35.     Due to this action, it has been necessary for Plaintiff to expend court costs and obtain the services of an attorney to pursue this claim. As such, Plaintiff is entitled to recover costs pursuant to N.R.S. § 18.020, as well as attorneys' fees under N.R.S. § 613.432 and 42 U.S.C. § 2000e-5(k).

36.     The acts of Defendant Amazon.com Services LLC alleged herein were undertaken with malice, with intent to injure Plaintiff, or with reckless indifference or conscious disregard of his rights, and constitute oppressive, fraudulent, and malicious conduct, undertaken with knowing disregard for Plaintiff's rights or the inevitable resulting harm. As a result, Plaintiff is entitled to an

award of punitive and exemplary damages in an amount sufficient to punish Defendant Amazon.com Services LLC, and to make an example of and deter Defendant Amazon.com Services LLC from engaging in such conduct in the future.

### THIRD CLAIM FOR RELIEF

**Workplace Discrimination in Violation of 42 U.S.C. § 12112 et seq.**

**(Plaintiff Jeffrey Jefferson against Defendant Amazon.com Services LLC)**

37. The allegations set forth in preceding paragraphs are re-alleged and incorporated herein by reference.

38. Plaintiff is a member of the class of persons protected by federal statutes prohibiting discrimination based on disability.

39. Defendant Amazon.com Services LLC, employed Plaintiff, as defined by 42 U.S.C. § 12111(5), and thus was prohibited from discriminating against qualified individuals with disabilities as set forth in 42 U.S.C. § 12112(a).

40. Plaintiff has a disability or disabilities as defined by 42 U.S.C. § 12102(1).

41. Plaintiff was qualified to perform the essential functions of his job, with or without reasonable accommodation.

42. Defendant Amazon.com Services LLC took adverse employment actions against Plaintiff because of his disability or disabilities, including the decisions to terminate Plaintiff's employment, not to retain, hire, or otherwise employ Plaintiff in any position, and/or to take other adverse employment actions against Plaintiff.

43. The discriminatory acts of Defendant Amazon.com Services LLC constitute a violation of the Americans with Disabilities Act (ADA), which makes it unlawful for an employer to discriminate against an employee on the basis of disability.

44. The discriminatory acts of Defendant Amazon.com Services LLC have caused damage and harm to Plaintiff, including lost earnings, salary, and other employment benefits, and have caused Plaintiff to suffer humiliation, emotional distress, and mental and physical pain and anguish, in an amount according to proof at trial.

45. The acts of Defendant Amazon.com Services LLC alleged herein were undertaken

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

with malice, with intent to injure Plaintiff, or with reckless indifference or conscious disregard of his rights, and constitute oppressive, fraudulent, and malicious conduct, undertaken with knowing disregard for Plaintiff's rights or the inevitable resulting harm. As a result, Plaintiff is entitled to an award of punitive and exemplary damages in an amount sufficient to punish Defendant Amazon.com Services LLC, and to make an example of and deter Defendant Amazon.com Services LLC from engaging in such conduct in the future.

46.    Plaintiff has incurred and continues to incur legal expenses and attorneys' fees. Pursuant to 42 U.S.C. § 12205, Plaintiff will move to recover reasonable attorneys' fees and costs in an amount according to proof.

## FOURTH CLAIM FOR RELIEF

### Workplace Retaliation in Violation of N.R.S. § 613.340

### (Plaintiff Jeffrey Jefferson against Defendant Amazon.com Services LLC)

47.    The allegations set forth in preceding paragraphs are re-alleged and incorporated herein by reference.

48.    Plaintiff was employed by Defendant Amazon.com Services LLC.

49.    Plaintiff engaged in protected activity.

50.    Defendant Amazon.com Services LLC was aware of Plaintiff's protected activity.

51.    After engaging in protected activity, Plaintiff suffered an adverse employment action.

52.    There is a causal connection between Plaintiff's protected activity and the adverse employment action.

53.    The conduct of Defendant Amazon.com Services LLC alleged herein have caused damage and harm to Plaintiff, including lost earnings, salary, and other employment benefits, and have caused Plaintiff to suffer humiliation, emotional distress, and mental and physical pain and anguish, in an amount according to proof at trial.

54.    The acts alleged herein were undertaken with the malice, with intent to injure Plaintiff, or with reckless indifference or conscious disregard of his rights, and constitute oppressive, fraudulent, and malicious conduct, undertaken with knowing disregard for Plaintiff's rights or the

inevitable resulting harm. As a result, Plaintiff is entitled to an award of punitive and exemplary damages in an amount sufficient to punish Defendant Amazon.com Services LLC, and to make an example of and deter Defendant Amazon.com Services LLC from engaging in such conduct in the future.

55.    Due to this action, it has been necessary for Plaintiff to expend court costs and obtain the services of an attorney to pursue this claim. As such, Plaintiff is entitled to recover costs pursuant to N.R.S. 18.020, as well as attorneys' fees under N.R.S. 613.432 and 42 U.S.C. § 2000e-5(k).

**FIFTH CLAIM FOR RELIEF**

**Retaliation in Violation of 42 U.S.C. § 12203 *et seq.***

**(Plaintiff Jeffrey Jefferson against Defendant Amazon.com Services LLC)**

56.    The allegations set forth in preceding paragraphs are re-alleged and incorporated herein by reference.

57.    Plaintiff is within the class of persons that 42 U.S.C. § 12203 intends to protect and retaliation for engaging in protected activity is the type of injury prohibited by 42 U.S.C. § 12203.

58.    Plaintiff was an "employee" of Defendant Amazon.com Services LLC, as defined by 42 U.S.C. § 12111(4).

59.    Employers, such as Defendant Amazon.com Services LLC, are barred from retaliating against any person for opposing or reporting any unlawful discrimination or harassment against employees on a protected basis as set forth in 42 U.S.C. § 12101 *et seq.* as well as against any person for requesting an accommodation as provided under the same the statute.

60.    Plaintiff opposed and reported discriminatory or harassing conduct prohibited by 42 U.S.C. § 12101 *et seq.* and/or requested an accommodation as provided under the same statute.

61.    As a result of Plaintiff's complaints regarding, opposition to, and/or requests for accommodation related to these unlawful practices, Defendant Amazon.com Services LLC engaged in a course of retaliatory conduct, which included subjecting Plaintiff to a hostile work environment.

62.    The conduct of Defendant Amazon.com Services LLC constitutes retaliation in violation of the Americans with Disabilities Act of 1990, as amended, which makes it unlawful for an employer to retaliate against an employee who complains about, opposes discrimination or

-9-

harassment, or requests an accommodation.

63. The conduct of Defendant Amazon.com Services LLC alleged herein has caused damage and harm to Plaintiff, including past and future lost earnings, salary, and other employment benefits, in an amount according to proof at trial.

64. Plaintiff has incurred and continues to incur legal expenses and attorneys' fees. Pursuant to 42 U.S.C. § 12205, Plaintiff will move to recover reasonable attorneys' fees and costs in an amount according to proof.

### SIXTH CLAIM FOR RELIEF

**Failure to Provide Reasonable Accommodation in Violation of N.R.S. § 613.330**

**(Plaintiff Jeffrey Jefferson against Defendant Amazon.com Services LLC)**

65. The allegations set forth in preceding paragraphs are re-alleged and incorporated herein by reference.

66. Plaintiff was employed by Defendant Amazon.com Services LLC, as defined by N.R.S. § 613.310.

67. Employers are prohibited from discriminating against any employee with respect to the person's compensation, terms, conditions, or privileges of employment on the basis of disability as set forth in N.R.S. § 613 *et seq.* Failing to provide reasonable accommodation to qualified individuals with disabilities is one such type of actionable discrimination.

68. Plaintiff has a disability as defined by N.R.S. § 613.310. Plaintiff is within the class of persons that N.R.S. § 613.330 intends to protect.

69. Plaintiff requested reasonable accommodation for his disability.

70. Defendant Amazon.com Services LLC failed to provide reasonable accommodation for Plaintiff's disability.

71. The failure of Defendant Amazon.com Services LLC to provide reasonable accommodation constitutes a violation of N.R.S. § 613.330.

72. The acts of Defendant Amazon.com Services LLC alleged herein have caused damage and harm to Plaintiff, including lost earnings, salary, and other employment benefits, and have caused Plaintiff to suffer humiliation, emotional distress, and mental and physical pain and

-10-

anguish, in an amount according to proof at trial.

73.    The acts of Defendant Amazon.com Services LLC alleged herein were undertaken with malice, with intent to injure Plaintiff, or with reckless indifference or conscious disregard of his rights, and constitute oppressive, fraudulent, and malicious conduct, undertaken with knowing disregard for Plaintiff's rights or the inevitable resulting harm. As a result, Plaintiff is entitled to an award of punitive and exemplary damages in an amount sufficient to punish Defendant Amazon.com Services LLC, and to make an example of and deter Defendant Amazon.com Services LLC from engaging in such conduct in the future.

74.    Plaintiff has incurred and continues to incur legal expenses and attorneys' fees. Pursuant to 42 U.S.C. § 12205, Plaintiff will move to recover reasonable attorneys' fees and costs in an amount according to proof.

## SEVENTH CLAIM FOR RELIEF

**Failure to Provide Reasonable Accommodation in Violation of 42 U.S.C. § 12112(b)(5)**

**(Plaintiff Jeffrey Jefferson against Defendant Amazon.com Services LLC)**

75.    The allegations set forth in preceding paragraphs are re-alleged and incorporated herein by reference.

76.    Plaintiff is a member of the classes of persons protected by federal statutes requiring reasonable accommodation for disabilities.

77.    Plaintiff was an employee, as defined by 42 U.S.C. § 12111(4).

78.    Defendant Amazon.com Services LLC employed Plaintiff, as defined by 42 U.S.C. § 12111(5), and thus was required to provide reasonable accommodation to qualified individuals with disabilities as set forth in 42 U.S.C. § 12112(b)(5).

79.    Plaintiff has a disability as defined by 42 U.S.C. § 12102(1).

80.    Plaintiff requested reasonable accommodation for his disability.

81.    Defendant Amazon.com Services LLC failed to provide reasonable accommodation for Plaintiff's disability.

82.    The failure of Defendant Amazon.com Services LLC to provide reasonable accommodation constitutes a violation of the ADA, which makes it unlawful for an employer to fail

-11-

to provide reasonable accommodation to an employee with a disability.

83.    The acts of Defendant Amazon.com Services LLC alleged herein have caused damage and harm to Plaintiff, including lost earnings, salary, and other employment benefits, and have caused Plaintiff to suffer humiliation, emotional distress, and mental and physical pain and anguish, in an amount according to proof at trial.

84.    The acts of Defendant Amazon.com Services LLC alleged herein were undertaken with malice, with intent to injure Plaintiff, or with reckless indifference or conscious disregard of his rights, and constitute oppressive, fraudulent, and malicious conduct, undertaken with knowing disregard for Plaintiff's rights or the inevitable resulting harm. As a result, Plaintiff is entitled to an award of punitive and exemplary damages in an amount sufficient to punish Defendant Amazon.com Services LLC, and to make an example of and deter Defendant Amazon.com Services LLC from engaging in such conduct in the future.

85.    Plaintiff has incurred and continues to incur legal expenses and attorneys' fees. Pursuant to 42 U.S.C. § 12205, Plaintiff will move to recover reasonable attorneys' fees and costs in an amount according to proof.

## EIGHTH CLAIM FOR RELIEF

### Interference with FMLA Rights in Violation of 29 U.S.C. § 2615(a)(1)

### (Plaintiff Jeffrey Jefferson against Defendant Amazon.com Services LLC)

86.    The allegations set forth in preceding paragraphs are re-alleged and incorporated herein by reference.

87.    Plaintiff is a member of the classes of persons protected by federal statutes prohibiting interference with the exercise of rights under the Family and Medical Leave Act (FMLA).

88.    Plaintiff was an eligible employee, as defined by 29 U.S.C. § 2611(2).

89.    Under the FMLA, employers, such as Defendant Amazon.com Services LLC, are barred from interfering with, restraining, or denying the exercise of or the attempt to exercise any rights provided under the FMLA.

90.    Plaintiff exercised or attempted to exercise rights provided under the FMLA,

-12-

including but not limited to requesting and/or taking leave for a serious health condition.

91.    As a result of and in retaliation for Plaintiff's exercise or attempt to exercise FMLA rights, Defendant Amazon.com Services LLC engaged in a course of conduct that interfered with, restrained, and/or denied Plaintiff's rights under the FMLA, which included but was not limited to denying leave, discouraging Plaintiff from taking leave, refusing to reinstate Plaintiff, and/or retaliating against Plaintiff for taking or requesting leave.

92.    The conduct of Defendant Amazon.com Services LLC constitutes interference with Plaintiff's rights in violation of the Family and Medical Leave Act of 1993, as amended, which makes it unlawful for an employer to interfere with, restrain, or deny the exercise of or the attempt to exercise any rights provided under the FMLA.

93.    The acts of Defendant Amazon.com Services LLC alleged herein have caused damage and harm to Plaintiff, including lost earnings, salary, and other employment benefits, and have caused Plaintiff to suffer humiliation, emotional distress, and mental and physical pain and anguish, in an amount according to proof at trial.

94.    The acts of Defendant Amazon.com Services LLC alleged herein were undertaken with malice, with intent to injure Plaintiff, or with reckless indifference or conscious disregard of his rights, and constitute oppressive, fraudulent, and malicious conduct, undertaken with knowing disregard for Plaintiff's rights or the inevitable resulting harm. As a result, Plaintiff is entitled to an award of punitive and exemplary damages in an amount sufficient to punish Defendant Amazon.com Services LLC, and to make an example of and deter Defendant Amazon.com Services LLC from engaging in such conduct in the future.

95.    Plaintiff has incurred and continues to incur legal expenses and attorneys' fees. Pursuant to 29 U.S.C. § 2617(a)(3), Plaintiff will move to recover reasonable attorneys' fees and costs in an amount according to proof.

96.    Due to this action, it has been necessary for Plaintiff to expend court costs and obtain the services of an attorney to pursue this claim. As such, Plaintiff is entitled to recover costs pursuant to N.R.S. 18.020, as well as attorneys' fees under N.R.S. 613.432 and 42 U.S.C. § 2000e-5(k).

/ / /

-13-
COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For compensatory damages and other special and general damages according to proof, including, without limitation, lost earnings, salary, bonuses, and other job benefits Plaintiffs would have received but for Defendant's wrongful conduct;

2. Liquidated damages;

3. Emotional distress damages;

4. Punitive and exemplary damages in an amount sufficient to punish Defendant, and to make an example of and deter Defendant from engaging in such conduct in the future;

5. For an award of reasonable attorneys' fees and costs incurred in this action;

6. For pre-judgment and post-judgment interest, as provided by law; and

7. For other and further relief as the Court may deem just and proper.

DATED: March 11, 2026          GREENBERG GROSS LLP


                               By:  */s/ Jemma E. Dunn*
                                    Jemma E. Dunn
                                    Matthew T. Hale
                                    Michael A. Burnette

                                    Attorneys for Plaintiff
                                    Jeffrey Jefferson

-14-
COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

## DEMAND FOR JURY TRIAL

Plaintiff Jeffrey Jefferson hereby demands a jury trial.


DATED: March 11, 2026                    GREENBERG GROSS LLP



                                    By:   */s/ Jemma E. Dunn*
                                          Jemma E. Dunn
                                          Matthew T. Hale
                                          Michael A. Burnette

                                          Attorneys for Plaintiff
                                          Jeffrey Jefferson

-15-