**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY JEFFERSON, an individual, | Case No.  2:26-CV000705-ART-NJK |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT AMAZON.COM SERVICES LLC TO RESPOND TO COMPLAINT** |
| AMAZON.COM SERVICES LLC, a Delaware limited liability company, | |
| Defendant. | **[FIRST REQUEST]** |

Plaintiff Jeffrey Jefferson ("Plaintiff") and Defendant Amazon.com Services LLC ("Amazon"), by and through their respective counsel of record, have conferred and hereby stipulate to an extension of the deadline for Amazon to respond to Plaintiff's complaint, as follows:

WHEREAS, Plaintiff filed his Complaint on March 11, 2026 and thereafter served Amazon through its resident agent on March 16, 2026;

WHEREAS, based on the date of service, Amazon's response to the Complaint is presently due on or before April 6, 2026;

WHEREAS counsel for Amazon contacted Plaintiff's counsel and the Parties agreed to a two-week extension of Amazon's deadline to respond to Plaintiff's Complaint to allow Amazon sufficient time to review the allegations and claims in Plaintiff's Complaint and prepare a response to the same.

1

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO by and between the Parties that the deadline for Amazon to respond to Plaintiff's Complaint is and shall be continued from April 6, 2026 to April 20, 2026.

**IT IS SO STIPULATED.**

DATED this 27th day of March, 2026

**GREENBERG GROSS LLP**

  /s/ Michael Burnett
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff*

DATED this 27th day of March, 2026

**GREENBERG TRAURIG, LLP**

  /s/ Jason Hicks
JASON HICKS
Nevada Bar No. 13149
KERRY E. KLEIMAN
Nevada Bar No. 14071
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Defendant Amazon.com Services, LLC*

**ORDER**

Considering the stipulation between counsel, and with good cause appearing, the deadline for Amazon to respond to Plaintiff's Complaint is April 20, 2026.

IT IS SO ORDERED:

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: March 30, 2026

2