UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY JEFFERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.  2:26-CV-000705-ART-NJK<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT AMAZON.COM SERVICES LLC TO RESPOND TO COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff Jeffrey Jefferson ("Plaintiff") and Defendant Amazon.com Services LLC ("Amazon"), by and through their respective counsel of record, have conferred and hereby stipulate to an extension of the deadline for Amazon to respond to Plaintiff's complaint, as follows:

WHEREAS, Plaintiff filed his Complaint on March 11, 2026 and thereafter served Amazon through its resident agent on March 16, 2026;

WHEREAS, the Parties previously agreed that Amazon's response to the Complaint would be due on or before April 20, 2026;

WHEREAS counsel for Amazon is still investigating the allegations and claims in Plaintiff's Complaint and needs additional time to prepare a response, and the Parties have therefore agreed to

1

an additional two-week extension of Amazon's deadline to respond to Plaintiff's Complaint.

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO by and between the Parties that the deadline for Amazon to respond to Plaintiff's Complaint is and shall be continued from April 20, 2026 to May 4, 2026.

**ORDER**

Considering the stipulation between counsel, and with good cause appearing, the deadline for Amazon to respond to Plaintiff's Complaint is May 4, 2026.

IT IS SO ORDERED:
Dated: April 17, 2026
.
.
.

_____
Nancy J. Koppe
United States Magistrate Judge

2