**GREENBERG GROSS LLP**

Jenna E. Dunn (SBN NV 16229)
JDunn@GGTrialLaw.com
Matthew T. Hale (SBN NV 16880)
MHale@GGTrialLaw.com
Michael A. Burnette (SBN NV 16210)
MBurnette@GGTrialLaw.com
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Tel: (702) 777-0888
Fax: (702) 777-0801

*Attorneys for Plaintiff Jeffrey Jefferson*

**GREENBERG TRAURIG, LLP**

Jason Hicks (SBN NV 13149)
Jason.Hicks@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773
Leora R. Grushka
(SBN NY 5302377 *pro hac vice*)
Lorie.Grushka@gtlaw.com
One Vanderbilt Avenue
New York, New York 10017
Tel: (212) 801-9380

*Attorneys for Defendant Amazon.com Services, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JEFFREY JEFFERSON, an individual,

Plaintiff,

v.

AMAZON.COM SERVICES LLC, a
Delaware limited liability company,

Defendant.

Case No.: 2:26-cv-00705-ART-NJK

**STIPULATION AND PROPOSED ORDER TO ADJOURN AND CONDUCT A VIRTUAL EARLY NEUTRAL EVALUATION**

**(SECOND REQUEST)**

Plaintiff Jeffrey Jefferson and Defendant Amazon.com Services LLC ("Amazon") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court reschedule the Early Neutral Evaluation ("ENE"), which is currently scheduled for August 25, 2026, to **October 1, 2026**, and permit a remote ENE due to scheduling conflicts.

Good cause exists to adjourn the ENE because lead defense counsel will be out of the country from August 22 through September 8, 2026, rendering counsel unavailable to attend the currently scheduled ENE.

Pursuant to this Court's June 18, 2026, Minute Entry (ECF No. 23), this Court is available for an ENE on October 1, 2026. Counsel for the Parties have conferred as to their respective clients and/or

Page **1**

ACTIVE 725241108v3

client representative's availability in October 2026 for the ENE and all Counsel and Parties are also available October 1, 2026.

Further, the Parties have conferred and stipulate that a virtual ENE would be mutually beneficial. The party representative for Defendant with full settlement authority is in San Francisco, California, approximately 568 miles (or a one-and-a-half-hour flight or nine-hour drive) from Las Vegas, Nevada. Lead defense counsel is in New York, New York, approximately 2,500 miles (or a six-hour flight) from Las Vegas. These circumstances require significant travel coordination and expense Remote mediation would significantly reduce costs to all Parties, including travel-related expenses and attorney time and fees.

The Parties remain committed to attending and actively and fairly participating in the ENE and to exploring resolution of this matter. This stipulation and order are sought in good faith and not for the purpose of delay.

Dated this 26th day of June 2026

**GREENBERG GROSS LLP** */s/*
*Michael A. Burnette*
Jenna E. Dunn (SBN NV 16229)
JDunn@GGTrialLaw.com
Matthew T. Hale (SBN NV 16880)
MHale@GGTrialLaw.com
Michael A. Burnette (SBN NV 16210)
MBurnette@GGTrialLaw.com
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff Jeffrey Jefferson*

**GREENBERG TRAURIG, LLP**

*/s/ Jason Hicks*

Jason Hicks (SBN NV 13149)
Jason.Hicks@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Leora R. Grushka
(SBN NY 5302377 *pro hac vice*)
Lorie.Grushka@gtlaw.com
One Vanderbilt Avenue
New York, New York 10017

*Attorneys for Defendant Amazon.com Services, LLC*

IT IS HEREBY ORDERED THAT the ENE set for August 25, 2026 is vacated.

IT IS FURTHER ORDERED THAT the ENE is reset for October 1, 2026 commencing at 9 a.m. The parties are to submit confidential briefs no later that 3 p.m. on September 24, 2026. Briefs must be emailed to Sunny_Gorba@nvd.uscourts.com.

IT IS FURTHER ORDERED Counsel for the parties must contact Jeff Miller, Courtroom Deputy for Magistrate Judge Youchah, no later than 12:00 noon on September 29, 2026 at Jeff_Miller@nvd.uscourts.com and provide their respective email addresses and addresses for their respective participants. Mr. Miller will email all participants the Zoom link for the ENE session.

Dated this 27th day of June, 2027.

United States Magistrate Judge

Page **2**

ACTIVE 725241108v3