**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JEFFREY JEFFERSON,

            Plaintiff(s),

    vs.

AMAZON.COM SERVICES LLC, a
Delaware limited liabilty company,

          Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:26-cv-000705-ART-NJK

**ORDER APPROVING**

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Lilian Alexandrova_____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Greenberg Traurig, LLP
(firm name)

with offices at _____360 North Green Street, Suite 1300_____,
                 (street address)

_____Chicago_____, _____Illinois_____, __60607__,
   (city)             (state)       (zip code)

_____(312) 364-1694_____, _____Lilian.Alexandrova@gtlaw.com_____.
 (area code + telephone number)       (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Amazon.com_____ to provide legal representation in connection with
      [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____11/06/2024_____, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of _____Illinois_____
(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the Seventh Circuit | 12/07/2024 | 6348685 |
| Northern District of Illinois | 12/09/2024 | 6348685 |
| Central District of Illinois | 01/06/2025 | 6348685 |
| Southern District of Illinois | 12/16/2024 | 6348685 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

Illinois State Bar

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Illinois_____ )
                                 )
COUNTY OF _____Cook_____     )

_____Lilian Alexandrova_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_24th_ day of _June_____, _2026_.

_____
Notary Public or Clerk of Court

> OFFICIAL SEAL
> MONICA RIVERA
> Notary Public, State of Illinois
> Commission No. 886155
> My Commission Expires September 06, 2027

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Jason Hicks_____,
                                                                                    (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____10845 Griffith Peak Drive, Suite 600_____,
                    (street address)

_____Las Vegas_____, _____Nevada_____, _89135_,
      (city)                (state)        (zip code)

_702-792-3773_, _Jason.Hicks@gtlaw.com_.
(area code + telephone number)   (Email address)

4                                                          Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Jason Hicks_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

Signed by:

*Christopher Im*
99D4698CDAED4EC...

_____
(party's signature)

Christopher Im, Corporate Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Jason Hicks*
Designated Resident Nevada Counsel's signature

13149                                    Jason.Hicks@gtlaw.com
Bar number                          Email address

APPROVED.

Dated: this 30th day of June, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite
1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
6/12/2026

Re: Lilian Alexandrova
Attorney No. 6348685

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Lilian Alexandrova was admitted to practice law in Illinois on 11/6/2024; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar