Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773;(702) 792-9002 (fax)

**GREENBERG GROSS LLP**
Jenna E. Dunn (SBN NV 16229)
JDunn@GGTrialLaw.com
Matthew T. Hale (SBN NV 16880)
MHale@GGTrialLaw.com
Michael A. Burnette (SBN NV 16210)
MBurnette@GGTrialLaw.com
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Tel: (702) 777-0888
Fax: (702) 777-0801

*Attorneys for Plaintiff Jeffrey Jefferson*

**GREENBERG TRAURIG, LLP**
Jason Hicks (SBN NV 13149)
Jason.Hicks@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773
Leora R. Grushka
(SBN NY 5302377 *pro hac vice*)
Lorie.Grushka@gtlaw.com
One Vanderbilt Avenue
New York, New York 10017
Tel: (212) 801-9380
Lilian Alexandrova
(SBN IL 6348685 *pro hac vice*)
Lilian.Alexandrova@gtlaw.com
360 North Green Street, Suite 1300
Chicago, Illinois 60607

*Attorneys for Defendant Amazon.com Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JEFFREY JEFFERSON, an individual,

Plaintiff,

v.

AMAZON.COM SERVICES LLC, a Delaware limited liability company,

Defendant.

Case No.: 2:26-cv-00705-~~NJK-EJY~~ ART-NJK

**STIPULATION OF IN-PERSON EARLY NEUTRAL EVALUATION ATTENDANCE**

Pursuant to the Court's September 24, 2026, Minute Order (Dkt. No. 33), Plaintiff Jeffrey Jefferson and Defendant Amazon.com Services LLC ("Amazon") (collectively, the "Parties"), having met and conferred through their respective counsel of record, hereby stipulate that Plaintiff, a representative of Amazon, and counsel for both Parties will attend the

Early Neutral Evaluation ("ENE") scheduled for October 1, 2026 in person.

Dated this 28th day of September 2026

*/S/ Michael A. Burnette*
Jenna E. Dunn (SBN NV 16229)
JDunn@GGTrialLaw.com
Matthew T. Hale (SBN NV 16880)
MHale@GGTrialLaw.com
Michael A. Burnette (SBN NV 16210)
MBurnette@GGTrialLaw.com
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff Jeffrey Jefferson*

*/S/ Jason Hicks*
Jason Hicks (SBN NV 13149)
Jason.Hicks@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Leora R. Grushka
(SBN NY 5302377 *pro hac vice*)
Lorie.Grushka@gtlaw.com
One Vanderbilt Avenue
New York, New York 10017
Lilian Alexandrova
(SBN IL 6348685 *pro hac vice*)
Lilian.Alexandrova@gtlaw.com
360 North Green Street, Suite 1300
Chicago, Illinois 60607

*Attorneys for Defendant Amazon.com Services, LLC*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773;(702) 792-9002 (fax)

IT IS HEREBY ORDERED this 28th day of September 2026.

UNITED STATES MAGISTRATE JUDGE